IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GEORGE MILAM HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS P. WITTEMAN, *et al.*, )<br>)<br>Defendants. ) | Case No. 07-4128-SAC |

ORDER

This matter comes before the court upon plaintiff's Motion for an Order Shortening Time to Hear Plaintiff's Various Motions (Doc. 93) and plaintiff's Motion for Oral Argument (Doc. 95). The court finds further briefing on the issue unnecessary and is prepared to rule.

In plaintiff's Motion for an Order Shortening Time to Hear Plaintiff's Various Motions (Doc. 93), plaintiff requests the court "extend the time for Plaintiff to respond past May 14, 2008, by an equal time it takes for plaintiff's past and present Motions for Default Judgment to be heard by Judge Crow and all parties and Defendants to be joined in this case including the parties at the *Coffey County Republican,* Faimon, et al." Pursuant to the courts Order (Doc. 100) regarding plaintiff Hall's Motion for Reconsideration, plaintiff Hall must respond the various motions to dismiss by May 27, 2008. Therefore, the court finds that the instant request is moot and should be denied.

Plaintiff has also requested an oral argument regarding all of his motions. D. Kan. Rule 7.2 states that requests for oral arguments on motions shall be granted only at the discretion of the court. If a request is denied, motions shall be submitted and determined on the written memoranda of the parties. As stated previously by this court, oral argument would not materially assist in the resolution of this matter. Therefore, the court finds that plaintiff's request

should be denied.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for an Order Shortening Time to Hear Plaintiff's Various Motions (Doc. 93) is hereby denied as moot.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Oral Argument (Doc. 95) is hereby denied.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2008, at Topeka, Kansas.

s/ K. Gary Sebelius  
K. Gary Sebelius  
U.S. Magistrate Judge